■ In the Matter of DAVID DE OLIVEIRA, Appellant, v JODI DE OLIVEIRA, Respondent. [54 NYS3d 592]—Appeal by the father from an order of the Family Court, Kings County (Emily M. Martinez, Ct. Atty. Ref.), dated September 18, 2015. The order, insofar as appealed from, dismissed with prejudice the father's petition for visitation with the parties' daughters.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

The father's appeal from the order denying his petition for visitation with the parties' daughters must be dismissed as academic, since their daughters are now more than 18 years of age (*see Matter of Julian B. v Williams*, 97 AD3d 670, 670-671 [2012]; *Matter of Bartley v Pringle*, 90 AD3d 653 [2011]). Leventhal, J.P., Hall, Sgroi and Duffy, JJ., concur.